3

United States District Court
Eastern District of Michigan
Southern Division

United States of America,

v.

D-1 Latrice Carlyne Hunter,

Defendant.
_______________________________/

Case: 2:26-cr-20660
Assigned To : Goldsmith, Mark A.
Referral Judge: Patti, Anthony P.
Assign. Date : 10/6/2026
Description: INDI USA v HUNTER (JP)

Violation: 18 U.S.C. § 3146 (a)(2)

# **INDICTMENT**

The Grand Jury charges:

## **COUNT ONE**

18 U.S.C. § 3146(a)(2)
*Failure to Surrender for Service of Sentence*

On or about July 20, 2026, in the Eastern District of Michigan, Southern Division, the defendant, Latrice Hunter, having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting surrender for service of sentence after conviction in the United States District Court for the Eastern District of Michigan for a violation of Title 18, United States Code, Section 922(g)(1), a felony punishable by imprisonment for a term of 15 years or more, in Case No. 2:25-cr-20051, entitled United States v. Latrice Carlyne Hunter, and having been

directed by the court to surrender to the U.S. Marshals Service at 231 W. Lafayette Blvd., Detroit, in the Eastern District of Michigan, did knowingly and willfully fail to surrender for service of sentence as ordered by the court, in violation of 18 U.S.C. § 3146(a)(2).

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

Jerome F. Gorgon Jr.
United States Attorney

*s/Douglas C. Salzenstein*
Douglas C. Salzenstein
Chief, National Security Unit
Assistant United States Attorney

*s/Louis F. Meizlish*
Louis F. Meizlish
Assistant United States Attorney

Dated: October 6, 2026

ORIGINAL

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover |
|---|---|

Case: 2:26-cr-20660
Assigned To : Goldsmith, Mark A.
Referral Judge: Patti, Anthony P.
Assign. Date : 10/6/2026
Description: INDI USA v HUNTER (JP)

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** L.F.M. |

**Case Title:** USA v. Latrice Carlyne Hunter

**County where offense occurred :** WAYNE

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

_X_ Indictment/____ Information --X **no** prior complaint.
____ Indictment/____ Information --- based upon prior complaint [**Case number:** ]
____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** __________ **Judge:** __________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 6, 2026
Date

LOUIS F. MEIZLISH
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9745
Fax: (313) 226-2311
E-Mail address: louis.meizlish@usdoj.gov
Attorney Bar #:

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.